```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LUIS FAREZ, individually and on behalf of                   :
others similarly situated,                                  :
                                                            :
                              Plaintiff,                    :   22-CV-6728 (VSB)
                                                            :
               -against-                                    :   ORDER
                                                            :
PINERY CLEANERS INC. (D/B/A                                 :
MADISON CLEANERS/CROWN                                      :
CLEANERS) and WON K. CHO AKA JAMES                          :
CHO,                                                        :
                                                            :
                              Defendants.                   :
                                                            :
-------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on August 8, 2022, (Doc. 1), and filed an affidavit of service for Defendant Pinery Cleaners and Defendant Won K. Cho on October 31, 2022, (Doc. 9), and November 2, 2022, respectively, (Doc. 12). The deadline to respond to Plaintiff's complaint was November 18, 2022 for Defendant Pinery Cleaners and November 17, 2022 for Won K. Cho. (*See* Docs. 9, 12.) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 9, 2022. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 21, 2022
              New York, New York

                                                        _____
                                                        VERNON S. BRODERICK
                                                        United States District Judge