```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LUIS FAREZ, individually and on behalf of                   :
others similarly situated,                                  :
                                                            :
                              Plaintiff,                    :     22-CV-6728 (VSB)
                                                            :
                    -against-                               :         ORDER
                                                            :
PINERY CLEANERS INC. (D/B/A                                 :
MADISON CLEANERS/CROWN                                      :
CLEANERS) and WON K. CHO AKA JAMES                          :
CHO,                                                        :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

  On November 21, 2022, I ordered Plaintiff to seek default judgment in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases. (Doc. 13.) Plaintiff filed proposed certificates of default for Defendant Pinery Cleaners Inc. and Defendant Won K. Cho and a supporting declaration in December 2022. (Docs. 14, 15, 17.) On December 13, 2022, the Clerk's Office entered certificates of default against both Defendants. (Docs. 18–19.) To date, Plaintiff has failed to comply with the remaining default judgment procedures. Accordingly, it is hereby

  ORDERED that Plaintiff follow the default judgment procedures outlined in Attachment A of my Individual Rules and Practices in Civil Cases and submit the required filings by March 1, 2023.

SO ORDERED.

Dated:     February 15, 2023
              New York, New York

_____
VERNON S. BRODERICK
United States District Judge