UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LUIS FAREZ, *individually and on behalf of others similarly situated*,

                *Plaintiff*,　　　　　　　　　　1:22-cv-06728-VSB

-against-　　　　　　　　　　　　　　**PROPOSED DEFAULT JUDGMENT**

PINERY CLEANERS INC. (D/B/A MADISON CLEANERS/CROWN CLEANERS) and WON K. CHO AKA JAMES CHO,

                *Defendants,*

------------------------------------------------------------------X

    The summons and Complaint in this action having been duly served on the above-named Defendants PINERY CLEANERS INC. (D/B/A MADISON CLEANERS/CROWN CLEANERS) and WON K. CHO AKA JAMES CHO, and said Defendants having failed to defend in this action, and said default having been duly noted, and upon the annexed Declaration in support of entry of default judgment, with exhibits thereto;

    NOW, on motion of by Order to Show Cause of CSM Legal, P.C., counsel for Plaintiff, it is hereby

    ORDERED, ADJUDGED, and DECREED that Plaintiff LUIS FAREZ, has judgment of Defendants PINERY CLEANERS INC. (D/B/A MADISON CLEANERS/CROWN CLEANERS) and WON K. CHO AKA JAMES CHO, in the total amount of $234,668.48, which includes the total damages of $231,112.23, as well as costs, disbursements and attorney fees in the sum of $3,553.25, plus interest at the legal rate in effect on the date of this judgment; and, that the Plaintiff has execution therefore.

Dated: New York, New York

    _____, 2023.

    _____
    HON. VERNON S. BRODERICK
    UNITED STATES DISTRICT COURT JUDGE

Dated: New York, New York

    _____, 2023.

    _____
    HON. VERNON S. BRODERICK
    UNITED STATES DISTRICT COURT JUDGE