UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
LUIS FAREZ, individually and on behalf of   :
others similarly situated,                      :
          :
                                  Plaintiff,     :                22-CV-6728 (VSB)
          :
        - against -                           :                   <u>ORDER</u>
          :
PINERY CLEANERS INC. (D/B/A               :
MADISON CLEANERS/CROWN                  :
CLEANERS) and WON K. CHO AKA            :
JAMES CHO,                                        :
          :
                                  Defendants.  :
          :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       This action having been commenced on August 8, 2022 by the filing of the Complaint, (Doc. 1), and defendants Pinery Cleaners Inc. and Won K. Cho having been served on October 31, 2022 and November 2, 2022, respectively, (*see* Docs. 9, 10, 12), and the Defendants not having answered the Complaint and the time for answering the Complaint having expired, I held an Order to Show Cause hearing in this action.

       The Order to Show Cause hearing was held on April 13, 2023, at 2:00 p.m. Defendants failed to appear at that hearing. To date, no notice of appearance for Defendant has been filed. It being necessary for a corporate defendant to be represented by counsel, *see Grace v. Bank Leumi Trust Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006), and none having appeared on behalf of Defendant Pinery Cleaners, proof of service upon Defendants having been duly filed (Docs. 9, 10, 12, 30), Defendants not having answered the Complaint, and the time for Defendants to answer or move with respect to the Complaint having expired, it is hereby:

ORDERED that a default is entered against Defendants Pinery Cleaners Inc. (d/b/a Madison Cleaners/Crown Cleaners) and Won K. Cho (AKA James Cho).

IT IS FURTHER ORDERED that this action is referred to Magistrate Judge Stewart D. Aaron for an inquest on damages.

SO ORDERED.

Dated: April 14, 2023
New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge