```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
LUIS FAREZ, individually and on behalf of     :
others similarly situated,                    :
                                              :
                        Plaintiff,            :     22-CV-6728 (VSB)
                                              :
             -against-                        :     ORDER
                                              :
PINERY CLEANERS INC. (D/B/A                   :
MADISON CLEANERS/CROWN                        :
CLEANERS) and WON K. CHO AKA JAMES            :
CHO,                                          :
                                              :
                        Defendants.           :
                                              :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On November 21, 2022, I ordered Plaintiff to seek default judgment in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases. (Doc. 13.) After numerous deficient entries, (*see* Docs. 16, 21, 22, 23, 24, 25), Plaintiff filed for default judgment. I held an order to show cause hearing on March 31, 2023 and granted default judgment since Defendants failed to appear. I referred the case to Judge Stewart D. Aaron for a damages inquest. (Doc. 32.) Judge Aaron issued a scheduling order requiring Plaintiff to serve the Defendants and file proposed findings of fact and conclusions of law by May 17, 2023. (Doc. 33 ("Scheduling Order").) To date, Plaintiff has failed to comply with the Scheduling Order. Accordingly, it is hereby

      ORDERED that Plaintiff comply with Judge Aaron's Scheduling Order by June 20, 2023. If Plaintiff fails to do so, I will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     June 13, 2023
           New York, New York

_____
VERNON S. BRODERICK
United States District Judge