UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luis Farez, individually and on behalf of
others similarly situated,

                                        Plaintiff,

                        -against-

Pinery Cleaners Inc. d/b/a Madison
Cleaners/Crown Cleaners and Won K. Cho
aka James Cho,

                                        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___06/21/2023___
```

1:22-cv-06728 (VSB) (SDA)

**ORDER**

STEWART D. AARON, United States Magistrate Judge:

No later than June 23, 2023, Plaintiff shall serve upon Defendants copies of his Proposed Findings of Fact and Conclusions of Law (ECF No. 35) and the Court's Orders, dated April 17 and June 13, 2023 (ECF Nos. 33 & 34), as well as a copy of this Order, and shall file proof of service on the ECF docket. No later than July 14, 2023, Defendants may file any response to Plaintiff's submissions.

**SO ORDERED.**

Dated:     New York, New York
           June 21, 2023

STEWART D. AARON
United States Magistrate Judge