UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

LUIS FAREZ, individually and on behalf of
others similarly situated,

      Plaintiff,                      22 **CIVIL** 6728 (VSB)

     -against-                      **JUDGMENT**

PINERY CLEANERS INC. (D/B/A MADISON
CLEANERS/CROWN CLEANERS) and
WON K. CHO AKA JAMES CHO,

      Defendants.

-------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 23, 2023, the Court adopts the Report & Recommendation in its entirety. Judgment entered in favor of Plaintiff against defendants in the amount of $167,338.00 (consisting of $83,669.00 in minimum and overtime wages and $83,669.00 in liquidated damages). It is further ORDERED that Plaintiff be awarded $3,218.25 in attorneys' fees and costs. In addition, pre-judgment interest is awarded in the amount of $32,679.05 as set forth in Discussion Section III.C; post-judgment interest is awarded, as set forth in Discussion Section VI; and additional damages be awarded if the judgment is not satisfied, as set forth in Discussion Section VII of the Magistrate Judge's Report and Recommendation. Accordingly, the case is closed.

**Dated:** New York, New York

    October 24, 2023

                                                           **RUBY J. KRAJICK**
                                                               Clerk of Court

                                   **BY:** _____
                                                                   **Deputy Clerk**